# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Justin Lamar Ferrell, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Williams County Sheriffs Office, et. al., | ) | |
| | ) | Case No. 1:14-cv-142 |
| Defendants. | ) | |

On November 4, 2014, the undersigned issued a report recommending that the court: (1) dismiss plaintiff's claims against the Williams County Sheriff's office, the Williston Police Department, and the Williams County Correctional Center; and (2) permit plaintiff to proceed with his claims of excessive force against Officers Enggerman and Aide in their official capacities. However, in so doing, the undersigned advised that the report and recommendation would be deemed moot if Ferrell filed an amended complaint in the time prescribed for filing an objection to the report and recommendation.

On November 12, 2014, the plaintiff filed an amended complaint. Consequently, the undersigned's Report and Recommendation (Docket No. 9) shall be deemed **MOOT**. Plaintiff's amended complaint shall be subjected to a new § 1915A screening.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court