**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Justin Lamar Ferrell, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Sam Aid Williston PD, Ryan Engerrman | ) | |
| Williston PD, and Sgt. Royce Crone | ) | |
| WCCC, in their official capacities, | ) | Case No.  4:14-cv-131 |
| | ) | |
| Defendants. | ) | |

On December 2, 2014, the Clerk's office received a letter from plaintiff requesting the court's assistance in subpoenaing surveillance footage taken by security cameras at the Williams County Correctional Center on September 5-6 and October 4, 2014.

Williams County is ostensibly a party to this action given that plaintiff is suing Sgt. Royce Crone in his official capacity and presumably has access to and control over the materials sought by plaintiff.  Consequently, the requested material may be obtained through a request for production of documents.

Plaintiff's subpoena request (Docket No. 22) is **DENIED**.  With the submission of his request, plaintiff has given notice to defendants that he believes this material is relevant and needs to be preserved.

**IT IS SO ORDERED**.

Dated this 5th day of December, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court